OPINION — AG — ** PHARMACISTS — LICENSED — TITLE ** UNDER THE PROVISIONS OF THE PHARMACY ACT, 59 O.S. 353.1 [59-353.1] — 59 O.S. 366 [59-366], LICENSED PHARMACISTS HOLDING B.S. DEGREES ARE 'NOT' AUTHORIZED TO USE THE TITLE ' P.D. ', INDICATING DOCTOR OF PHARMACY. THE PHARMACY ACT AUTHORIZES LICENSED PHARMACISTS TO USE THE TITLES OF "REGISTERED PHARMACIST" AND "ASSISTANT PHARMACIST" ONLY. (CLASSIFICATION, REGISTRATION, PROFESSIONS) CITE: 59 O.S. 567.51 [59-567.51](3), 59 O.S. 577.2 [59-577.2](1), 59 O.S. 725.2 [59-725.2](1), 59 O.S. 725.2 [59-725.2](2), 59 O.S. 725.2 [59-725.2](3) 59 O.S. 725.2 [59-725.2](4), 59 O.S. 725.2 [59-725.2](5), 59 O.S. 725.2 [59-725.2](6), 59 O.S. 887.14 [59-887.14], 59 O.S. 907.2 [59-907.2], 59 O.S. 1264 [59-1264], 59 O.S. 1265 [59-1265] (OZELLA WILLIS)